BEFORE THE FIRST DIVISION, OCTOBER 5, 1950

**No. 54722.**—Goldsmith Traders et al. *v.* United States, protests 124676–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54723.**—Bag Importers, Inc., et al. *v.* United States, protests 143939–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54724.**—L. Bamberger & Co. et al. *v.* United States, protests 154801–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.